JUDGE CASTEL

'08 CIV 4538

Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA etc.

        Plaintiff,

- against -

DIRECT CONTAINER LINE

        Defendant.
------------------------------------------------------------X



08 Civ.

**FRCP RULE 7.1 CORPORATE**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

ACE LTD. is the publicly traded parent company of Indemnity Insurance Company of North America; CYTEC INDUSTRIES, INC. is a publicly traded company.

Dated: New York, New York
      May 15, 2008

                                CASEY & BARNETT, LLC
                                Attorneys for Plaintiff

                        By: *Martin F. Casey*
                            Martin F. Casey (MFC-1415)
                            317 Madison Avenue, 21st Floor
                            New York, New York 10017
                            (212) 286-0225