```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA et al.

          Plaintiff,

   - against -

DIRECT CONTAINER LINE

          Defendant
------------------------------------------------------X

08 Civ. 4538 (PKC)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       July 3, 2008
       115-928

                                  CASEY & BARNETT, LLC
                                  Attorneys for Plaintiff

                       By:   */s/ Martin F. Casey*
                                Martin F. Casey (MFC-1413)
                                317 Madison Avenue, 21st Floor
                                New York, New York 10017
                                (212) 286-0225

**SO ORDERED:**

*/s/*
U.S.D.J.

7-11-08